# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JARED ARAMBEL,<br><br>    Defendant. | 2:10-CR-40 JCM (PAL) |

**ORDER**

Presently before the court is the government's motion to amend judgment. (Doc. # 14.) To date, no opposition has been filed.

Pursuant to Federal Rule of Criminal Procedure 36, the government requests that this court amend the judgement as to Defendant Jared Arambel to correct a clerical error and reflect the appropriate restitution amount for the recipient Freemont Investment and Loan.

Although this court's judgment (doc. # 13) on May 19, 2010 specifies the restitution amount granted to Freemont Investment and Loan to be $662,000.00, its specific restitution amount should be $622,000.00, a difference of $40,000.00. Thus, the total amount of restitution should be $2,664,950.00, not $2,704,950.00.

Accordingly, this court finds it appropriate to amend the judgment to reflect that the following grant of restitution is appropriate for Freemont Investment and Loan:

$622,000.00

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion
2 to amend judgment (doc. # 14) is GRANTED.  The government shall prepare and submit an
3 appropriate amended judgment.
4    DATED June 15, 2010.

*[signature: James C. Mahan]*
_____
UNITED STATES DISTRICT JUDGE